UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY JARRELL WASHINGTON,

          Plaintiff,

v.                                  Case No. 13-14083

COMMISSIONER OF SOCIAL        HON. TERRENCE G. BERG
SECURITY,                           HON. MONA K. MAJZOUB

          Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 11)

    This matter is before the Court on Magistrate Judge Mona K. Majzoub's October 7, 2014 Report and Recommendation (Dkt. 11), recommending that Plaintiff's motion for summary judgment be DENIED, that Defendant's motion for summary judgment be GRANTED, and that the Commissioner be AFFIRMED.

    The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court has

reviewed and will accept the Magistrate's Report and Recommendation of October 7, 2014, as this Court's findings of fact and conclusions of law.[1]

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of October 7, 2014 (Dkt. 11) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 9) is **DENIED**, Defendant's motion for summary judgment (Dkt. 10) is **GRANTED,** and the findings and conclusions of the Commissioner are **AFFIRMED**.

**SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: November 24, 2014

**Certificate of Service**

I hereby certify that this Order was electronically submitted on November 24, 2014, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb
Case Manager

---

[1] The Court noted a minor typographical error in the first sentence on page 1, which stated,"Plaintiff Tracy Washington seeks judicial review of Defendant Commissioner of Social Security's determination that *he* is not entitled to social security benefits for *his* physical and mental impairments under 42 U.SC. § 405(g)" (emphasis added). The remainder of the Report and Recommendation correctly refers to Plaintiff as a woman and consistently uses the appropriate personal pronouns.